HMK/mb CH 7986

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FEDERAL INSURANCE COMPANY

                Plaintiff,                08 CV 4284 (PKC)(DF)
                                                    ECF CASE

   -against-

YELLOW TRANSPORTATION, INC.           **RULE 7.1 STATEMENT**

                Defendant.
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: April 23, 2008

                                             KINGSLEY, KINGSLEY & CALKINS
                                             Attorneys for Plaintiff


                                             BY:__/S/_____
                                               HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064