# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

FEDERAL INSURANCE COMPANY,

Plaintiff,

V.

YELLOW TRANSPORTATION, INC.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 4284

JUDGE CASTEL

TO:

Yellow Transportation, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAY 0 6 2008

CLERK   J. MICHAEL McMAHON            DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: KINGSLEY, KINGSLEY & CALKINS

---

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

YELLOW TRANSPORTATION, INC.

Defendant(s)

Index # 08 CV 4284 (CASTEL)

Purchased May 6, 2008
File # CH 7986

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 13, 2008 at 11:35 AM at

C/O CT CORPORATION
111 EIGHTH AVENUE
NEW YORK, NY10011

deponent served the within SUMMONS AND COMPLAINT on YELLOW TRANSPORTATION, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ELENA BOU, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 40 | 5'6 | 140 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT C.T. CORPORATION SYSTEMS, INC.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 14, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 462444

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728