UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 08-cv-4284 |
| YELLOW TRANSPORTATION, INC., | ) ) ) |
| Defendant. | ) |

**DISCLOSURE STATEMENT OF YELLOW TRANSPORTATION, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Yellow Transportation, Inc. states that it is a wholly-owned subsidiary of the publicly held corporation YRC Worldwide, Inc.

Respectfully submitted,

NOWELL AMOROSO KLEIN BIERMAN, P.A.

S/ William D. Bierman
William D. Bierman
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:   (201) 343-5001
Facsimile:    (201) 343-5181
E-mail: wbierman@nakblaw.com
*Attorneys for Yellow Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served via United States mail, postage prepaid, this 2nd day of June, 2008, upon:

Harold M. Kingsley, Esq.
91 West Cherry Street
Hicksville, New York  11801
Telephone: (516) 931-0064
*Attorney for Plaintiff*
*Federal Insurance Company*

S/ William D. Bierman
William D. Bierman