UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-4284 |
| ) | |
| YELLOW TRANSPORTATION, INC., ) | NOTICE OF APPEARANCE |
| ) | |
| Defendant. ) | |

Thomas C. Martin, Esq., being an attorney-at-law of the State of New Jersey and admitted to the bar of the State of New Jersey, and also admitted to practice in the United States District Court For The District of New Jersey, Southern District of New York, Eastern District of New York, Western District of Washington and District Court of Maryland, hereby formally enters his appearance as Counsel in this matter on behalf of the Defendant, Yellow Transportation, Inc., and to be bound accordingly. Notices and papers may be mailed and/or served upon him on behalf of the Defendant at the following address:

Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Telephone: (201)343-5001
Fax: (201)343-5181
E-mail: tmartin@nakblaw.com

**Nowell Amoroso Klein Bierman, P.A.**
Attorneys for Defendant, Yellow
Transportation, Inc.

By: /s/ Thomas C. Martin
     Thomas C. Martin

Dated: June 24, 2008