**MEMO ENDORSED**

## NOWELL AMOROSO KLEIN BIERMAN, P.A.
### COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*◻
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD◻
THOMAS C. MARTIN†

RICK A. STEINBERG *◻
JOSEPH S. SHERMAN
DAVID V. NASTA
    COUNSEL

TIMOTHY J. BARTZOS
GREGORY K. ASADOORIAN
RONALD L. BOLLOCK
JOHN P. MARZOLLA
ANTHONY J. MARCHESE*
YANA CHECHELNITSKY*
LORI E. KOHN*
LISA J. JURISH
MICHELLE E. RADIN*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
    OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
  Federal Courts in NY
◻ Also Admitted in PA

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: info@nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

*[Handwritten endorsement: Adjourned from July 11, 2008 at 10:30 a.m. SO ORDERED. 7-1-08]*

June 27, 2008

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   Federal Insurance Company v. Yellow Transportation, Inc.
      United States District Court, Southern District of New York
      Civil Action No. 08 CV 4284
      Our File No. 2553.102

Dear Judge Castel:

Our office represents Defendant, Yellow Transportation in connection with the above referenced matter.

There is presently an Initial pretrial conference scheduled before Your Honor on July 11, 2008 at 10:30 a.m. With the consent of Plaintiff's counsel, I am respectfully requesting an adjournment of the July 11, 2008 Initial Pretrial Conference and request that it be scheduled on July 25, 2008.

We thank the Court for its attention to this matter.

Very truly yours,

NOWELL AMOROSO KLEIN BIERMAN, P.A.

Thomas C. Martin/bb
Thomas C. Martin

TCM/bb
cc:   Harold Kingsley, Esq.