UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Federal Insurance Co.                                  :
                                                       :
                        Plaintiff,                     :
                                                       :
            -against-                                  :
                                                       :
                                                       :
Yellow Transportation Inc.                             :
                                                       :
                        Defendant.                     :
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

ORDER OF REFERENCE
**TO A MAGISTRATE JUDGE**

08 Civ. 4284 (PKC)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____
_____
___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

P. Kevin Castel
United States District Judge

DATED: New York, New York
        July 25, 2008