UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581



CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

August 11, 2008

Steve Calkins, Esq.
Harold M. Kingsley, Esq.
Kingsley Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801

Rick A. Steinberg, Esq.
Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, NJ 07601

    Re:   *Federal Insurance Co. v. Yellow Transportation, Inc.,*
          No. 08 Civ. 04284 (PKC) (DF)

Dear Counsel:

    This case has been referred to me by Judge Castel for the purpose of settlement.

    So that I may have a preliminary understanding of where the parties stand, I have scheduled a telephone conference on September 9, 2008 at 2:00 p.m. Counsel should arrange to initiate the call jointly to my chambers; the main number is (212) 805-4250.

    Please have some serious settlement discussions between counsel prior to that call. I will expect you to address the status of those discussions on the call. Please understand that I will not schedule an in-person settlement conference until counsel can represent that they have engaged in earnerst discussions on their own and, although they are interested in resolving the matter, they have been unable to do so without the Curt's direct involvement.

                                      Very truly yours,

                                      Debra Freeman
                                      United States Magistrate Judge